IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Davis-Edwards, Sandra Lynn | Case Number: 07 B 09806 |
| | Judge: Hollis, Pamela S |
| Printed: 2/26/08 | Filed: 5/31/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 17, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 550.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 550.00 |
| Totals: | 550.00 | 550.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Chase Manhattan Mortgage Corp | Secured | 0.00 | 0.00 |
| 2. | Chase Manhattan Mortgage Corp | Secured | 0.00 | 0.00 |
| 3. | Portfolio Recovery Associates | Unsecured | 182.02 | 0.00 |
| 4. | Asset Acceptance | Unsecured | 112.98 | 0.00 |
| 5. | RoundUp Funding LLC | Unsecured | 390.42 | 0.00 |
| 6. | Peoples Energy Corp | Unsecured | 363.20 | 0.00 |
| 7. | AAC | Unsecured | | No Claim Filed |
| 8. | American General Finance | Unsecured | | No Claim Filed |
| 9. | GEMB | Unsecured | | No Claim Filed |
| 10. | Heller & Frisone Ltd | Unsecured | | No Claim Filed |
| 11. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 12. | Mercury Card | Unsecured | | No Claim Filed |
| 13. | Wexler & Wexler | Unsecured | | No Claim Filed |
| 14. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 15. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 1,048.62 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Davis-Edwards, Sandra Lynn | Case Number:  07 B 09806 |
| | Judge:  Hollis, Pamela S |
| Printed:  2/26/08 | Filed:  5/31/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

